**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ASHLEY NICHOLE CURTIS AND ) | CASE NO. 03:07-BK-08605 |
| WILLIAM RYAN CURTIS ) | CHAPTER 7 |
| ) | JUDGE GEORGE C. PAINE II |
| DEBTOR(S) ) | |

## AGREED ORDER FOR RELIEF

It appearing to the Court as evidence by the signatures affixed hereto that the parties are in agreement that George E. Alexander shall have Relief From the Stay in order that he may pursue his under-insured insurance carrier in the action styled George E. Alexander vs. Ryan Curtis and Ashley Curtis which is pending in the Circuit Court for Davidson County, Tennessee.

Accordingly it is so ORDERED.

_____
JUDGE GEORGE C. PAINE

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:


/s/ JOSEPH P. RUSNAK
JOSEPH P. RUSNAK
Attorney for the Debtor(s)
TUNE, ENTREKIN & WHITE, PC
AmSouth Center, Suite 1700
315 Deaderick Street
Nashville, TN 37238-2270
Ph: (615) 244-2770
Fax: (615) 244-2778
JRUSNAK@TEWLAWFIRM.COM



/s/ T. LARRY EDMONDSON
T. LARRY EDMONDSON
Attorney for George E. Alexander
800 Broadway, 3rd Floor
Nashville, TN 37203
Ph: (615) 254-3765
Fax: (615) 254-2072
Larry@Edmondsonlaw.com



NDR. FILED ON 1/8/2008
JEANNE BURTON GREGORY
Chapter 7 Trustee
GIBSON, GREGORY & GWYN PLLC
401 Church Street, Suite 2220
Nashville, TN 37219
Ph: (615) 242-7700
TN24@ecfcbis.com